AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  5 / 4 / 07
BY  DM

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BENJAMIN RAY LAGARS<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 04-50038-01<br><br>USM Number: 12231-035<br><br>Peter R. Flowers<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]   admitted guilt to the allegations listed in the Petitions for Warrant or Summons for Offender Under Supervision filed on 01/26/07 and on 03/28/07. The Court finds that in accordance with the Sentencing Commission Guidelines, the defendant has committed three Grade B violations and two Grade C violations of his supervised release. Accordingly, the three-year term of supervised release is hereby revoked.

The defendant isسentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. Section 3583(e)(3).

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT:
DATE: 5/4/07
BY: DM
TO: USM → 3 cert.
USP

May 3, 2007
Date of Imposition of Sentence

_/s/ Maurice Hicks/_
Signature of Judicial Officer

S. MAURICE HICKS, JR., United States District Judge
Name & Title of Judicial Officer

5/4/07
Date

AO245B   Judgement in a Criminal Case (Rev. 06/05)
Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT:   BENJAMIN RAY LAGARS
CASE NUMBER:   04-50038-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.

[✓]   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the Bureau of Prisons perform a mental status examination on defendant. It is further recommended that the Bureau of Prisons give due consideration to defendant's past substance abuse history and consider him for enrollment in the Bureau of Prisons substance abuse treatment program.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___   [] a.m.   [] p.m.   on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL